[No. 8785–1–I.  Division One.  May 31, 1983.]

JANE E. SCHWARTZ, *Respondent,* v. THE SEATTLE
PSYCHOANALYTIC INSTITUTE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 850697, David W. Soukup, J., entered July 25,
1979. *Affirmed in part, reversed in part,* and *remanded* by
unpublished opinion per Durham, A.C.J., concurred in by
Swanson and Corbett, JJ.

[No. 10225–7–I.  Division One.  May 31, 1983.]

MORRIS PIHA, ET AL, *Respondents,* v. NATIONWIDE
REALTY SERVICE, LTD., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for What-
com County, No. 57553, Marshall Forrest, J., entered May
31, 1981. *Affirmed in part* and *remanded* by unpublished
opinion per Corbett, J., concurred in by Callow and
Scholfield, JJ.